No. 68181.—Vanetta Fabrics Corp. v. United States, protests 60/17337, 60/17338, and 60/24762 (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 68182.—China Bazaar and Arthur J. Fritz & Co. et al. v. United States, protests 59/31556, etc. (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of Mini Bachi stoves similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

Before the First Division, December 19, 1963

No. 68183.—John F. McEvoy, Inc., and Daniel F. Young, Inc. v. United States, protest 62/17821 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of a wool woven fabric, valued over $4 per pound and imported to be used in the manufacture of apparel for members of religious orders, the claim of the plaintiffs was sustained.